IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 10-40122-01-RDR |
| | ) | |
| JAMES EDWARD ANDERSON, JR., | ) | |
| Defendant. | ) | |
| | ) | |

# **O R D E R**

**NOW** on this 19th day of January, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused, Allen S. Benson, for an order granting two (2) weeks' additional time, or until February 1, 2011, to file motions herein. The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

The Court finds that defense counsel is preparing for trial in the case of *United States v. Brian Jim*, Case No. 10-40106, which is scheduled before this Court beginning on January 24, 2011, and will not have sufficient opportunity to prepare motions in the instant case.

Failure to grant the extension would result in a miscarriage of justice and deny the defendant due process.

The Court finds that the period of delay resulting from the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7) in that the ends of justice served by the granting of such motion outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that the accused, James Edward Anderson, Jr., have two (2) weeks' additional time up to and including February 1, 2011 to file motions in the above-entitled action, and the government shall have until February 10, 2011 to file responses. The hearing on said motions is hereby rescheduled to February 17, 2011 at 11:00 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

s/Richard D. Rogers
United States District Judge